▬ NORTHPORT LAND CORP., Appellant, v ZURICH NORTH AMERICA INSURANCE, Respondent. [951 NYS2d 406]—▬

The Supreme Court properly granted the defendant's motion for summary judgment. The defendant established, prima facie, that the subject insurance policy did not cover the plaintiff's claims (*see generally Lancer Ins. Co. v Whitfield*, 61 AD3d 724, 725 [2009]; *Fontanelli v Hanover Ins. Co.*, 48 AD3d 413, 414 [2008]), and, in opposition, the plaintiff failed to raise a triable issue of fact.

Since this is a declaratory judgment action, the matter must be remitted to the Supreme Court, Suffolk County, for the entry of an appropriate declaratory judgment (*see Lanza v Wagner*, 11 NY2d 317 [1962], *appeal dismissed* 371 US 74 [1962], *cert denied* 371 US 901 [1962]). Dillon, J.P., Dickerson, Austin and Miller, JJ., concur. ▬